

# USA HOCKEY
# PARTICIPANT
# CODE OF CONDUCT

NAME: **Benjamin Chrostek**

To be read and signed by you as a member of Team: **Pee Wee 1**

Participating in USA Hockey for the **2018–19** season.

1. No swearing or abusive language on the bench, in the rink, or at any team function.

2. No lashing out at any official no matter what the call is. The coaching staff will handle all matters pertaining to officiating.

3. Anyone who receives a penalty will skate directly to the penalty box.

4. Fighting will not be tolerated. Fighting will result in an appearance before a Discipline Committee.

5. There will be no drinking, smoking, chewing of tobacco or use of illegal substance at any team function.

6. I will conduct myself in a befitting manner at all facilities (ice rink, hotel, restaurant, etc) during all team functions.

7. Any player or team official who cannot abide by these rules or violates them will be subject to further disciplinary action.

Signed: **Ben Chrostek**   Date: **9/17/18**

Form 1-P Rev 02/09



PLAINTIFF'S EXHIBIT A

Ben Chrostek is a 12 year old male registered for the hockey league at Morgan Park Sports Center. He registered and the family requested an aide to assist him for practices. I did the assessment and we were able to provide an aide for practices only. The request was not for games because mom felt he did not need any assistance at the games, she believed he was able to be independent and stay focused. I informed her that we would not be able to provide the aide for games anyway because most of them are out of the city limits. Bens' Inclusion Aide states he needs some redirection for specific skills and assistance with transitions, but for the most part is doing well at practices. I believe this was the 3rd game of the season, and we did not hear of any incidents at the prior games.

It was brought to my attention on Monday (10/22/2018) that there were a few issues that occurred at the game over the weekend. John at Morgan Park Sports Center asked to meet with the parents and I said I would be available to attend as well.

On Tuesday 10/23/2018 Myself, John Gannon (Morgan Park Sports Center Director) and Will Misiewicz (Morgan Park Staff) met with Mr. and Mrs. Chrostek yesterday at 3:30pm to discuss the incidents that occurred at the last game. John shared with the parents his concerns and the concerns of the Volunteer Coaches. The parents are willing to assist in any way to keep Ben involved in this program. Suggestions included keeping Ben out of the locker room (that's where the 1st incident occurred) and mom is willing to sit as close as possible to the team as possible to monitor and re-act if Ben exhibits any negative behavior.

Gerry, I believe that the park/league wants to immediately remove Ben from the team. I also believe that they want me/us to make that decision. That is not my place to deicide...I explained to them that in situations where a park or Risk Management removes a participant from a program, that we support that decision and it is not changed or over-rid because a child has a disability.

Please advise,
ML


We met with Mr. and Mrs. Chrostek today at 3:30. We went over the events that occurred before and during the game and explained to them that the information was conveyed over to the special rec department and management and that a decision would be made once all the information could be reviewed. We also let them know that the decision could be as simple as a warning or as far as Ben no longer participating with the Horned Frogs and that it ultimately was a safety issue. We explained to them that the coaches are volunteers and were doing their best to monitor the situation but did not have the training that an aide might have. The aides cannot be present for away games which presents additional risk. We also explained that it was not just one part of the incident but the whole incident that left the players and coaches uneasy about what happened. I asked that Ben not participate in practice tonight and that we would figure out how to move forward once a decision was made. They offered some solutions to help with the situation that we can further discuss.

John Gannon
Hockey Coordinator
Morgan Park Sports Center
Director
Chicago Horned Frogs


PLAINTIFF'S
EXHIBIT
B




# Advocate Children's Hospital

Pediatric Developmental Center - Advocate Illinois Masonic Medical Center
3040 N. Wilton Avenue, 2nd Floor, Chicago, IL 60657

January 30, 2019

To Whom It May Concern:

This letter is provided in support of Benjamin "Ben" Chrostek, who has previously participated in your youth hockey program. Ben has received services at the Pediatric Developmental Center since 2010, and I have served as his individual therapist since 2013. During his time in our program, Ben has participated in individual and group therapies to address symptoms related to autism spectrum disorder (ASD). ASD is a neurodevelopmental disorder characterized in varying degrees by difficulties in social interactions, verbal and nonverbal communication, and restricted and repetitive behaviors. It is important to understand that symptoms are viewed on a spectrum, from low to high severity, and many individuals with ASD exhibit significant strengths as well as weaknesses within skill sets. Ben presents with a host of skills with respect to his verbal communication and ability to engage socially that allow him to be successful in many environments, but the deficits arising from his diagnosis often make it challenging for him to understand and navigate situations in the same way as his typically-developing peers. As such, additional considerations may be warranted to best understand his needs as an individual with ASD.

Like many individuals with high-functioning ASD, Ben has difficulty with the understanding and expression of emotions, which can at times result in their inappropriate expression. Because it can be challenging for him to express problems or feelings verbally, expressions of anger often can be understood as reflections of other emotions, such as confusion or frustration. Additionally, children with ASD struggle with interpreting social cues, which can contribute to uncertainty about how they are expected to behave in a given situation. As a result of this, they may look to the behavior of others for information about how to respond and imitate this, regardless of the appropriateness of this behavior. For instance, if Ben were to witness a peer responding aggressively, particularly if he did not perceive there to be a consequence, he may assume that this behavior is acceptable unless explicitly instructed otherwise. Many children with ASD, including Ben, also present with a very "black-and-white" cognitive style that makes it more difficult for them to reason through situations where concrete rules or expectations are not identified. This can also contribute to fixations on perceived justice and fairness, as it can be difficult for them to understand why exceptions might exist in some situations.

Through participation in therapy, Ben has made great gains in his ability to manage these challenges but requires some support to transfer these skills to new environments and people. To support his generalization of these skills, which can difficult for individuals with ASD, it is important for Ben to have the opportunity to participate in activities with his typically-developing peers. Having exposure to these experiences has supported Ben's social interactions as well as helped build skills that are needed for everyday living. In your program, Ben has benefitted immensely from the support of his on-ice paraprofessional. Additionally, the following behavioral strategies would likely be helpful in supporting his participation and creating a successful experience:

- Provide Ben with explicit expectations for his behavior and associated consequences. Non-specific instructions such as "be respectful" are more difficult for Ben to understand, as they reflect abstract concepts. Instead, focus on specific and well-defined behaviors (e.g., no arguing with referees) and clearly outline their consequences (e.g. removal from the game). Presenting this in a visual format to

A faith-based health system serving individuals, families and communities



Ben, such as a written list, will also ensure that he has a clear understanding of what is expected and allow this to be reviewed in a consistent fashion. Rules should be reviewed prior to each practice and game.

- If Ben appears agitated, prompt him immediately to take a break and ask him to explain what is causing him to be upset. Propose a solution if appropriate and provide him with direct instructions about what he should do. If he is unwilling to engage, remind him that he will not be allowed to participate until he is calm and is demonstrating that he is able to follow directions.
- Consider the use of an incentive system. Ben's parents are currently implementing a reward system for him that is tied to his behavior during hockey, but the effectiveness of this would likely be improved by creating a system for him to access reinforcement from his coaches directly during practices and games as well.
- When appropriate, consider providing Ben with an explanation of why changes or deviations from expected routines occur. This may be most relevant during times where he perceives that he is being treated unfairly as compared to his peers.

In order for a behavioral plan to be successful, it will be important that the plan is communicated to all individuals working with Ben and the strategies be implemented consistently. While no individual's future behavior can be predicted with certainty, Ben has responded well to these strategies in other environments, allowing him to interface more successfully with his peers and supporting his treatment goals. I would encourage you to consider his reinstatement with these supports in place to accommodate his needs. Ultimately, Ben is a bright and talented young man who I believe is capable of performing well with adequate support. I would be happy to speak with your program regarding these recommendations or to provide you with additional information related to Ben's diagnosis. Should you have further questions, please do not hesitate to contact me at the number below.

Respectfully,

*Meagan Hauser, Psy.D.*
Meagan Hauser, Psy.D.
Licensed Clinical Psychologist
(773) 296-5677



**Administration Office**
541 North Fairbanks Ct.
Chicago, Illinois 60611
(312) 742-7529
(312) 747-2001 (TTY)
www.chicagoparkdistrict.com

Board of Commissioners

Jesse H. Ruiz
*President*

Avis LaVelle
*Vice President*

Donald J. Edwards
David A. Helfand
Tim King
M. Laird Koldyke

General Superintendent
& CEO

Michael P. Kelly

City of Chicago
Rahm Emanuel
*Mayor*

**Gerry Henaghan**
CHICAGO PARK DISTRICT
Kennicott Park 4434 S. Lake Park
Chicago, IL 60653
312.742.5798
special.recreation@chicagoparkdistrict.com

January 23, 2019

**VIA US MAIL**
Mr. & Mrs. Chrostek
5325 S. Sayre Ave.
Chicago, IL 60638

Re:   Ben Chrostek

Dear Mr. & Mrs. Chrostek:

I am reaching out to you in regard to the Hockey program at Morgan Park. There have been a number of incidents involving Ben during his participation in the Hockey Program including the following instances of disruptive and aggressive behavior:

- 10/22/18: Ben yelled and acted in an aggressive manner towards an opposing player, slammed his stick to the ground, and displayed disruptive behavior.

- 11/04/18: Ben argued with referees over icing calls and yelled at and pushed other players.

- 12/17/18: Ben displayed aggressive behavior and made verbal threats towards another player and had to be restrained.

These incident have given rise to concerns for the safety of other participants and staff. We strive to maintain a safe and positive environment for all participants and staff, including your son. In accordance with this goal, we are requesting a medical and/or psychological evaluation from a licensed provider that includes a plan of action to address the behavior detailed above and that specifies goals and timeframes for future behavioral improvement.

Regretfully, as of January 23, 2019, Ben's participation in the Hockey programming at Morgan Park remains on-hold until the requested material has been received, reviewed, and approved by the Park District's Special Recreation Department, in consultation with the Park District's Disability Policy Officer.

This letter is sent with a heavy heart as we understand that our decision may significantly impact both you and Ben. We desire to work with you and Ben in an effort to achieve a positive result for everyone involved.

Guidelines & Process for re-admission into Special Recreation Programming

1. Obtain a medical or psychological evaluation from a licensed provider detailing a plan of action to address the behavior identified above and goals and timelines for future behavioral improvement. Please ensure that the medical or psychological evaluation addresses the behavior detailed above.

2. Submit the aforementioned documentation via email or mail to the



Park District's Special Recreation Department with your contact information included (phone and/or email) so we may confirm receipt.

**Email**: special.recreation@chicagoparkdistrict.com

**Mail**: Attention: Gerry Henaghan
Special Recreation, Chicago Park District
541 N. Fairbanks Ct., 3rd Fl.
Chicago, Illinois 60611

NOTE: *If you intend to submit documents by mail, please use certified mail, tracking, or signature confirmation and keep records of the associated tracking numbers.*

3. If you have not been contacted by a Park District representative within one (1) week of your submission of the requested materials, please follow up with the Special Recreation Department via email or phone (312) 742-5798 in order to confirm receipt (please have any associated tracking numbers available).

4. Once the Park District has reviewed the requested materials (please allow up to two (2) weeks for review), a Park District representative will contact you via phone or email to **(1)** notify you of Ben's readmission into the program, or **(2)** to request additional material/information for our consideration, or **(3)** to advise you as to why readmission was denied and to provide guidance regarding what steps can be taken to achieve readmission.

*Note:* *readmission determinations are solely within the Park District's discretion and readmission may be made on a conditional or limited (in terms of specific locations, programming, etc.) basis.*

The Park District's Disability Policy Officer and Special Recreation Department are available to assist you in this process. Please do not hesitate to contact me should you have any questions or concerns.

Kind Regards,
Gerry Henaghan

# Steve Glink

**From:** Mike Chrostek 
**Sent:** Thursday, February 07, 2019 11:33 AM
**To:** steve@educationrights.com
**Subject:** Fwd: RE: Benjamin Chrostek Medical letter requested by Gerry Henaghan

[redacted]

---------- Original Message ----------
From: Mike Chrostek <[redacted]>
To: "Smyrniotis,George" <[redacted]@ChicagoParkDistrict.com>
Cc: "Henaghan, Gerry" <[redacted]@chicagoparkdistrict.com>, "Gallagher, Colleen" <[redacted]@ChicagoParkDistrict.com>, Kwaneesha Comcast <[redacted]@comcast.net>
Date: February 7, 2019 at 11:30 AM
Subject: RE: Benjamin Chrostek Medical letter requested by Gerry Henaghan

Just to confirm my conversation with Mr. Smyrniotis secretary Ms. Solano that the Park District is going to delay the meeting until after Mr. Smyrniotis returns. Conveniently after the hockey regular season is over.

> On February 7, 2019 at 7:25 AM Mike Chrostek <ebay41@comcast.net> wrote:
>
> When and where will the meeting be held. Today 2/7/2019 or tomorrow 2/8/2019 as these are the last days of the week. also who will be present at the meeting.
>
>> On February 1, 2019 at 11:38 AM "Smyrniotis,George" <[redacted]@ChicagoParkDistrict.com> wrote:
>>
>> I have received the treater correspondence and I am having it reviewed. A meeting will be arrange to discuss this letter and the matter next week after completion and review by the Park District. Thank you.
>>
>> ---
>>
>> **From:** Mike Chrostek [mailto:[redacted]]
>> **Sent:** Friday, February 01, 2019 6:35 AM
>> **To:** Smyrniotis,George
>> **Cc:** Henaghan, Gerry; Gamboa, Nicole
>> **Subject:** Benjamin Chrostek Medical letter requested by Gerry Henaghan

PLAINTIFF'S EXHIBIT F

1