

**Administration Office**

541 North Fairbanks
Chicago, Illinois 60611
(312) 742-7529
(312) 747-2001 (TTY)
www.chicagoparkdistrict.com

**Board of Commissioners**

Avis LaVelle
*President*

David A. Helfand
*Vice President*

Donald J. Edwards
Tim King
M. Laird Koldyke
Ashley Hemphill Netzky

**General Superintendent & CEO**
Michael P. Kelly

City of Chicago
Rahm Emanuel
*Mayor*

February 21, 2019

**Via Electronic Mail**
Steven E. Glink (steve@educationrights.com)
3338 Commercial Avenue
Northbrook, Illinois 60062

Re: Ben Chrostek

Dear Mr. Glink,

Please be advised, the Chicago Park District's goal is inclusion. Ben Chrostek will be re-admitted to the Morgan Park Hockey Program if certain parameters can be met. Ben can attend practices or games if:

An inclusion aide is in attendance. Chicago Park District will seek to provide an aide for Ben at practices and games which occur at the Morgan Park Facility, or within the boundaries of the City of Chicago. For away games, the Chicago Park District is unable to provide an inclusion aide. If Ben wishes to play at games which occur outside of the City of Chicago, it will be the responsibility of the parents to secure an inclusion aide to be at the game. The inclusion aide's qualifications shall be submitted to the Chicago Park District in advance of any away game for approval. If possible the inclusion aide will be placed in the penalty box at games, but unless the parents are able to receive an exemption from USA Hockey or AHAI; neither the inclusion aide nor the parents will be able to sit on the bench with Ben and the team during games.

1. Before each game Ben's parents and the inclusion aide will review and restate the rules of the game, the expectations for behavior, associated consequences and the parameters listed in this letter with Ben.

2. As suggested in the February 18, 2019 Behavior Plan from Ms. Meagan Hauser, Ben will be given a designated spot on the bench were he can sit when off ice during a game, and, prior to each game the coaches will designate a specific player for Ben to follow onto the ice for shift changes.

3. Before any games Ben participates in, the coaches will advise the officials/referees about Ben's conditions as suggested by Coach Steinberger in the February 19, 2019 email from you.

4. As to the suggestion by Coach Steinberger that an inclusion aide be situated on the bench during games, we cannot honor this request. The parents may request that an exemption be made by AHAI to allow an inclusive aide to sit on the bench with Ben and the players at games.

5. If an exemption cannot be obtained from AHAI, Mr. Chrostek will register for the coaching certification with AHAI for next season. Once certified, Mr. Chrostek will be able to help coach the team and remain on the bench with Ben at games.

6. *Ben's parents will implement a reward system to encourage good behavior from Ben during practices and games.*

© 2019 Chicago Park District. ALL Rights Reserved.

**EXHIBIT A**



**Administration Office**
541 North Fairbanks
Chicago, Illinois 60611
(312) 742-7529
(312) 747-2001 (TTY)
www.chicagoparkdistrict.com

**Board of Commissioners**

Avis LaVelle
*President*

David A. Helfand
*Vice President*

Donald J. Edwards
Tim King
M. Laird Koldyke
Ashley Hemphill Netzky

**General Superintendent
& CEO**
Michael P. Kelly

City of Chicago
Rahm Emanuel
*Mayor*

© 2019 Chicago Park District. ALL Rights Reserved.

7.  The parents agree to implement all other interventions listed in Ms. Meagan Hauser's Behavior Plan written February 18, 2019, any suggestions presented to the Park District from Coach Steinberger in your February 18, 2019 email, and any other prior agreed to actions to facilitate Ben's involvement in the Morgan Park Hockey Program.

Please confirm receipt of this letter and understanding of the parameters of Ben's re-admittance to the Morgan Park Hockey Program. An inclusion aide has been arranged to meet with Ben and his parents before the February 25th, 2019 practice at 5pm. Practice is scheduled to begin at 6:05pm. Please do not hesitate to contact me should you have any questions or concerns.

/enclosures

Cc:     Heather Keil

        Genevieve M. LeFevour

        Glenn F. Fencl

        Amber N. Lukowicz