IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL AND CARRIE CHROSTEK, as Parents and best friends of BEN CHROSTEK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 1:19-cv-00849 |
| CHICAGO PARK DISTRICT, GERRY HENAGHAN, JESSE H. RUIZ, MICHAEL P. KELLY, TIM LeFEVOUR AND JOHN GANNON, in their official and individual capacities, | ) ) ) ) ) ) ) | Honorable Gary Feinerman |
| Defendants. | ) | |

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

This cause coming before the Court on the agreement of the parties, the parties having resolved the pending issues before the Court through certain agreements, the respective parties being represented by counsel, and the Court being otherwise fully advised in the premises, IT IS HEREBY ORDERED THAT:

Pursuant to the stipulation of the parties, this cause of action is hereby voluntarily dismissed in its entirety, without prejudice to reinstate.

Date: 2/26/2019  _____

Honorable Judge Presiding