## CERTIFICATION

We, Michael Chrostek and Carrie Chrostek, having been duly sworn on oath, and subject to the penalties of perjury provided by law, do solemnly swear or affirm that we have read the Verified Amended Complaint and hereby state that the factual allegations contained therein are true and correct to the best of our knowledge..

_____
Michael Chrostek / Carrie Chrostek

Signed and sworn before me this 26th

Day of July, 2019.

OFFICIAL SEAL
VELIA CRUZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/17/2022

_____
Notary Public