**Steve Glink**

| | |
|---|---|
| **From:** | Smyrniotis,George <George.Smyrniotis@ChicagoParkDistrict.com> |
| **Sent:** | Thursday, August 1, 2019 8:17 AM |
| **To:** | Steve Glink |
| **Cc:** | lukowicza@jbltd.com |
| **Subject:** | Re: Chrostek |

I am out today but will forward disclosures tomorrow. Thank you.

Sent from my iPhone

On Aug 1, 2019, at 6:48 AM, Steve Glink <steve@educationrights.com> wrote:

Counselors: On 7/22, both of you told Judge Feinerman that you were going to serve your MIDP documents "tomorrow." I have yet to receive anything.

Do you intend to comply with the judge's prior order?

Steven E. Glink
Attorney at Law
3338 Commercial Avenue
Northbrook, Illinois 60062
847-480-7749 (voice)
847-480-9501 (facsimile)

<image001.jpg>



**Steve Glink**

| | |
|---|---|
| **From:** | Steve Glink <steve@educationrights.com> |
| **Sent:** | Thursday, August 8, 2019 2:06 PM |
| **To:** | 'Amber N. Lukowicz'; 'Smyrniotis,George'; 'Glenn F. Fencl'; 'Keil, Heather' |
| **Cc:** | 'Genevieve M. LeFevour'; 'Lynn M. Weiss' |
| **Subject:** | RE: Chrostek v. CPD et al |

Thank you Amber. George, are your documents coming anytime soon?

Steven E. Glink
Attorney at Law
3338 Commercial Avenue
Northbrook, Illinois 60062
847-480-7749 (voice)
847-480-9501 (facsimile)



**From:** Amber N. Lukowicz [mailto:lukowicza@jbltd.com]
**Sent:** Thursday, August 8, 2019 1:03 PM
**To:** Steve Glink; 'Smyrniotis,George'; 'Glenn F. Fencl'; 'Keil, Heather'
**Cc:** Genevieve M. LeFevour; Lynn M. Weiss
**Subject:** Chrostek v. CPD et al

Counsel,

Please find the MIDP disclosures of Tim LeFevour, Brad Czachor, SMG, and John Gannon attached.

Best,

Amber

Amber N. Lukowicz, Attorney at Law



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-6656**
lukowicza@jbltd.com | www.johnsonandbell.com



PLAINTIFF'S EXHIBIT 2

1