UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Michael Chrostek, et al.
        Plaintiff,

v.          Case No.: 1:19−cv−00849
        Honorable Steven C. Seeger

Chicago Park District, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 29, 2019:

    MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on October 29, 2019. Counsel discussed the Initial Status Report for Reassigned Case. The Court discussed the pending Motions to Dismiss and the potential mootness of Plaintiffs' claims. Counsel reported that Plaintiffs' son currently participates in the recreational hockey program and that an Inclusionary Aid has been available for practices and games. Plaintiffs' counsel reported that Plaintiffs reinstated the case for damages and reimbursement of fees. The Court stays briefing on the pending Motions to Dismiss. The Court encouraged the parties to confer and resolve outstanding issues. Status hearing set for November 20, 2019 at 9:00 a.m. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.